

144-41 70th Road
Flushing, New York 11367
tel: 718.705.8706
fax: 718.705.8705
uri@horowitzlawpllc.com
www.horowitzlawpllc.com

December 22, 2020

The Honorable Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Via ECF**

    *Rezarta Hoxha et al. v. Nationwide Credit, Inc.*
    **Docket No. 1:20-cv-04167-EK-PK**

Your Honor,

    We represent the Plaintiff, Rezarta Hoxha, in the above referenced action, and write in accordance with Your Honor's Individual Practices, and with consent of Counsel for Defendant Nationwide Credit, Inc. ("Nationwide").

    We are pleased to report that the Plaintiff has reached an agreement to settle all claim with prejudice as alleged in the Complaint against the Defendant Nationwide.

    Accordingly, we respectfully request the Court adjourn all upcoming dates and deadlines as to Nationwide, and enter a Sixty (60) Day Order allowing for the parties to finalize and consummate the Settlement Agreement.

    We thank Your Honor and the Court for its kind considerations and courtesies.

                                                    Respectfully,

                                                  */s/ Uri Horowitz*
                                                  Uri Horowitz

CC: *All Counsel of Record via ECF*